IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AJIRA AI, LLC, | ) |
|           Plaintiff, | ) Case No.: 1:20-cv-4428 |
| v. | ) Honorable Joan B. Gottschall |
| JPMORGAN CHASE BANK, N.A. | ) |
|           Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO FILE CORRECTED EXHIBITS**

Defendant JPMorgan Chase Bank, N.A. ("Chase") hereby submits this unopposed motion and states as follows:

1. On October 5, 2020, Chase filed its Motion to Stay Further Proceedings and Compel Arbitration in response to the complaint in this matter, along with its memorandum and exhibits in support thereof. (*See* Dkt. No. 12-13.)

2. Counsel for Chase hereby respectfully requests that it be granted leave to file a corrected set of exhibits in support of the Motion to Stay Further Proceedings and Compel Arbitration, as attached hereto as Exhibit A, to take the place of Dkt. No. 13-1.

3. Counsel for Chase has conferred with counsel for Plaintiff, and counsel for Plaintiff does not object to the relief requested.

WHEREFORE, Chase respectfully requests that this motion be granted and leave be given for the filing of a corrected set of exhibits in support of the Motion to Stay Further Proceedings and Compel Arbitration, and that Dkt. No. 13-1 remain restricted.

Dated: October 9, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *Jonathan H. Claydon*
　　　　　　　　　　　　　　　　　　　　Paul J. Ferak
　　　　　　　　　　　　　　　　　　　　Jonathan H. Claydon
　　　　　　　　　　　　　　　　　　　　Thomas J. Sotos
　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　　　77 W. Wacker Dr., Suite 3100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 456-8400

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing has been served on counsel of record through the Court's CM/ECF system on October 9, 2020.

                                                             /s/ *Jonathan H. Claydon*